**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY GARCIA,            )<br>                                           )<br>            Plaintiff,            )<br>                                           )<br>      v.                                 )<br>                                           )<br>JIM MCDONNELL, et al,  )<br>                                           )<br>            Defendants.     )<br>_____) | NO. CV 15-3334-DSF (KLS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Motion To Dismiss, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed with the Court. In any event, the additional time requested has passed and Plaintiff has not filed an amended complaint. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice.

DATED:  11/12/15

                                                              /s/ Dale S. Fischer
                                                              _____
                                                              DALE S. FISCHER
                                                              UNITED STATES DISTRICT JUDGE