**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY GARCIA, | ) | NO. CV 15-3334-DSF (KLS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JIM MCDONNELL, et al, | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: 11/12/15

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1